UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-00486-SPG-SP | Date | April 29, 2026 |
| Title | Janet L. Robinson v. Hemet Unified School District | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On March 25, 2026, the Court held a third pretrial conference in this employment discrimination case, during which the Court determined that the parties were not ready to proceed to trial. *See* (ECF No. 168). Plaintiff Janet Robinson ("Plaintiff") represented during the conference that she would seek legal representation for her case within thirty (30) days. *See* (*id.* at 1).

In light of Plaintiff's efforts to prosecute the case, and in the interest of reaching a resolution on the merits, the Court granted Plaintiff leave to obtain legal representation. (*Id.*). Specifically, Plaintiff was granted thirty (30) days, or until April 24, 2026, to obtain legal representation. (*Id.*). Upon commencing the representation, Plaintiff's counsel was required to file a Notice of Appearance in accordance with C.D. Cal. Local Rule 83-2.1.1. (*Id.*). If Plaintiff was unable to obtain legal representation by April 24, 2026, Plaintiff was ordered to file a Notice of Self-Represented Litigant Status by April 27, 2026, at 5:00 p.m., indicating that she would continue to represent herself for the duration of this case. (*Id.*). The Court cautioned that failure to comply with the Court's orders may result in dismissal of the case. (*Id.* at 2).

The record reflects that as of entry of this Order, no Notice of Appearance of counsel or Notice of Self-Represented Litigant Status was filed on the docket. No other filing by Plaintiff was entered on the docket. Therefore, the Court ORDERS Plaintiff to show cause, in writing, by May 8, 2026, why this case should not be dismissed for lack of prosecution. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629–30 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted. The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts."); *Ash v. Cvetkov*, 739 F.2d 493 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-00486-SPG-SP | Date | April 29, 2026 |
| Title | Janet L. Robinson v. Hemet Unified School District | | |

Failure to timely respond to this Order to Show Cause will result in dismissal of this action.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg